**Order filed March 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-08-00057-CV

_____

**CAFFE RIBS, INC.. Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 839502**

## O R D E R

Appellant has filed an unopposed motion to modify mandate/judgment to release supersedeas bond in this court. Our judgment issued December 28, 2010. No motion for rehearing was filed and no petition for discretionary review was filed. Mandate issued March 11, 2011, the same date this motion was filed.

Our plenary power expired February 26, 2011. *See* Tex. R. App. P. 19.1(a). After plenary power expires, we cannot vacate or modify our judgment. Tex. R. App. P. 19.3.

This case does not fall within any of the five subsections of Texas Rule of Appellate Procedure 19.3. *See id*. Accordingly, the motion is denied.

PER CURIAM

Panel consists of Justices Anderson, Frost, and Boyce.
Do Not Publish.